The INDUSTRIAL COMMISSION OF the STATE OF COLORADO (Ex-officio Unemployment Compensation Commission), Petitioner,

v.

The CITY AND COUNTY OF DENVER, Respondents,

and

Mary P. Ross, Interested Party.

No. 85 SC 184.

Supreme Court of Colorado,
En Banc.

Feb. 27, 1987.

Geoffrey S. Wasson, Denver, Gregory K. Chamber, Asst. City Attys., Denver, for respondents.

ORDER OF COURT

Prior report: Colo.App., 707 P.2d 1008.

Upon review of the record and briefs filed herein, and having heard the oral arguments of counsel,

IT IS THIS DAY Ordered that the Writ of Certiorari in the above captioned cases shall be, and the same hereby is, DENIED as having been improvidently granted.

IT IS FURTHER ORDERED that this cause be and is remanded to the Court of Appeals.